**BELLA INTERNATIONAL, INC., Appellant,**

v.

**AUTOZONE PARTS, INC., Appellee.**

No. 2006–1283.

United States Court of Appeals, Federal Circuit.

May 10, 2006.

ON MOTION

*ORDER*

Bella International, Inc. moves without opposition to voluntarily dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) All other pending motions are moot.

(3) Each side shall bear its own costs.

**Keith BRUNDIGE, Plaintiff–Appellant,**

v.

**Dennis JENSEN, Defendant–Appellee.**

No. 2006–1310.

United States Court of Appeals, Federal Circuit.

May 11, 2006.

*ORDER*

On April 18, 2006 the court issued an order allowing Keith Brundige ("Brun-

dige") 14 days to show cause why this case should not be dismissed as untimely. Brundige has failed to respond within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

This appeal is dismissed.